■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JORGE GUDINO, Appellant [19 NYS3d 886]—Order, Supreme Court, Bronx County (Seth L. Marvin, J.), entered April 11, 2014, which adjudicated defendant a level two sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

Initially, we reject the People's argument that, because defendant has been deported, we should decline to hear his appeal (*see People v Edwards*, 117 AD3d 418 [1st Dept 2014]).

The court properly exercised its discretion when it declined to grant a downward departure (*see People v Gillotti*, 23 NY3d 841 [2014]). The mitigating factors cited by defendant were adequately taken into account by the guidelines, or did not warrant a downward departure under the totality of the circumstances, including the egregiousness of the underlying sex crime against a child. Concur—Tom, J.P., Friedman, Saxe and Gische, JJ.